UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHANE RYAN GAGE,

    Plaintiff,

v.                                                       Case No. 18-C-240

DR KRISTINE ZANON,

    Defendant.

**ORDER**

This is a § 1983 civil rights case brought by a prisoner currently serving a sentence in a Wisconsin prison against one of the correctional officers. The defendant has moved for summary judgment on the ground that the plaintiff failed to exhaust his administrative remedies as required under the Prison Litigation Reform Act. Defendant has also moved to stay discovery and the dispositive motion deadline that would otherwise apply until his motion to dismiss for failure to exhaust is decided.

The motion for a stay is granted, subject to the following exception: The parties may continue to undertake any discovery necessary to resolve the exhaustion of administrative remedies issued. In all other respects, however, discovery is stayed and the deadlines are vacated. In the event the motion for summary judgment currently before the court is denied, the court will establish new deadlines. Accordingly, plaintiff's motion to compel discovery and his motion to accept a late submission are denied as moot. Defendant's motion for summary judgment, ECF No. [27], remains pending and awaits the plaintiff's response.

**SO ORDERED** this  27th  day of September, 2018.

                                                                          s/ William C. Griesbach
                                                                         United States District Court
                                                                         William C. Griesbach, Chief Judge